UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOBY TREPAGNIER | CIVIL ACTION |
| VERSUS | NO. 21-1796 |
| ORLEANS JUSTICE CENTER, ET AL. | SECTION "L" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** plaintiff Jacoby Trepagnier's 42 U.S.C. § 1983 claims against defendants the Orleans Justice Center and Orleans Parish Sheriff Marlin S. Gusman are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Trepagnier's state law tort and negligence claims are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

New Orleans, Louisiana, this 15 day of Feb., 2022.

_____
UNITED STATES DISTRICT JUDGE